[No. 60203-9-I.   Division One.   June 9, 2008.]

KATHLEEN RAFTER, *as Personal Representative, Appellant*, v. AMERICAN BILTRITE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-16259-5, Glenna Hall, J., entered May 24, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 60276-4-I.   Division One.   June 9, 2008.]

CLINT L. POWELL, *Appellant*, v. ASSOCIATED COUNSEL FOR THE ACCUSED ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-18788-7, Harry J. McCarthy, J., entered June 15, 2007. *Affirmed* by unpublished per curiam opinion. Now published at 146 Wn. App. 242.

[No. 60309-4-I.   Division One.   June 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. C.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-01548-7, James A. Noe, J. Pro Tem., entered June 15, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Leach, JJ.

[No. 60633-6-I.   Division One.   June 9, 2008.]

JOEL C. KNEISLEY, *Respondent*, v. THOMAS C. JOHNSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-06566-1, John P. Erlick, J., entered August 24, 2007. *Affirmed* by unpublished per curiam opinion.